IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01355-PAB-MEH

DONNA L. SHIPLEY,

      Plaintiff,

v.

HARRISON SCHOOL DISTRICT NO. 2 IN THE COUNTY OF EL PASO, STATE OF COLORADO, and
F. MIKE MILES, in his individual capacity and in his official capacity as Superintendent of Harrison School District No. 2,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 14, 2012.**

      The (Unopposed) Motion for Entry of Stipulation and Protective Order [filed March 8, 2012; docket #20] is **granted in part** and **denied in part**. The proposed Stipulation and Protective Order is accepted as modified, and is issued and filed contemporaneously with this minute order.[1]

---

[1] The Court partially redacted paragraph twelve of the proposed Stipulation and Protective Order regarding the Court's ongoing jurisdiction.