IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 11-cv-01355-PAB-MEH | Date:   August 2, 2012 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A501** |

DONNA L. SHIPLEY,                                                         Sharyn Dreyer

     Plaintiff,

vs.

HARRISON SCHOOL DISTRICT NO. 2 IN THE                 Courtney Kramer
COUNTY OF EL PASO, STATE OF COLORADO, and
F. MIKE MILES,

     Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:**     3:05 p.m.

Court calls case.  Appearances of counsel.

Argument and discussion regarding Defendants' Motion to Compel Plaintiff's Medical Records Related to Emotional Distress Damages (Doc. #31, filed 6/15/12).

**ORDERED:**   For reason stated on the record, Defendants' Motion to Compel Plaintiff's Medical Records Related to Emotional Distress Damages is DENIED as stated on the record.

**Court in recess:**     3:33 p.m.  (Hearing concluded)
**Total time in court:**  0:28