IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No.  11-cv-01355-PAB-MEH

DONNA L. SHIPLEY,

    Plaintiff,

v.

HARRISON SCHOOL DISTRICT NO. 2 IN THE COUNTY OF EL PASO,
STATE OF COLORADO, and
F. MIKE MILES, in his individual capacity and in his official capacity as
Superintendent of Harrison School District No. 2,

    Defendants.

_____

### ORDER OF DISMISSAL WITH PREJUDICE
_____

This matter comes before the Court on the Stipulation of Dismissal of Defendant F. Mike Miles With Prejudice [Docket No. 73] and the Stipulation of Dismissal With Prejudice [Docket No. 74] of defendant Harrison School District No. 2.  The Court has reviewed the pleadings and is fully advised in the premises.  It is

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.  It is further

**ORDERED** that the jury trial set for February 11, 2013 at 8:00 a.m. is vacated.

DATED February 7, 2013.

                                      BY THE COURT:

                                      s/Philip A. Brimmer
                                      PHILIP A. BRIMMER
                                      United States District Judge